UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
AT JACKSON

HARVEL LEE WALKER and
NANCY JEAN WALKER
Plaintiffs

v.

No. 1-05-1062-T AN

ROGER L. DEPOYSTER, ROBERT T.
MARVIN, WILLIAM J. ANDERSON,
and TENNESSEE VALLEY AUTHORITY
Defendants

### RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):** Tuesday, June 21, 2005

**JOINING PARTIES:**

    for Plaintiff:    Monday, August 8, 2005
    for Defendant:    Friday, September 9, 2005

**AMENDING PLEADINGS:**

    for Plaintiff:    Monday, August 8, 2005
    for Defendant:    Friday, September 9, 2005

**COMPLETING ALL DISCOVERY:**    Monday, February 6, 2006

    (a)  **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUEST FOR ADMISSIONS:** Tuesday, January 3, 2006

    (b)  **EXPERT DISCLOSURE (Rule 26(a)(2)):**
      (i)  Plaintiff's Experts:    Monday, December 5, 2005

      (ii)  Defendant's Experts:    Friday, January 6, 2006

      (ii)  Supplementation under Rule 26(e):    Friday, January 20, 2006

      (c)    **DEPOSITIONS OF EXPERTS:**    Monday, February 6, 2006

**FILING DISPOSITIVE MOTIONS:**    Friday, January 20, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff:    Friday, March 17, 2006
    (b)    for Defendant    Friday, March 31, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 2 days and is **SET** for **JURY TRIAL** on **Monday, May 1, 2006** at **9:30 A.M.** A joint pretrial order is due on Friday, April 21, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production, and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond to the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUGE

Date: June 02, 2005

Tendered:

_____
Bobby A. McGee
Law Office of Bobby A. McGee
P.O. Box 327
Linden, Tennessee 37096
Telephone 931-589-2181

Attorney for Plaintiffs
Harvel Lee Walker and
Nancy Jean Walker

_____
William S. Fleming
FLEMING FLYNN & MURPHY, PC
P.O. Box 90
Columbia, Tennessee 38402-0090
Telephone 931-388-0832

Floyd S. Flippin
Paul Conley, III
FLIPPIN & ATKINS, P.C.
P.O. Box 160
Humbolt, Tennessee 38343-0160
Telephone 731-784-2818

Attorneys for Defendant
Robert T. Marvin

_____
Thomas A. Robins
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865-632-7034

Attorney for Defendant TVA

_____
Mark Nolan
Batson Nolan Brice Williamson & Girsky
121 S 3rd Street
Clarksville, Tennessee 37041-1334
Telephone 931-647-1501

Attorney for Defendant
William J. Anderson

003735449

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01062 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Paul Conley
FLIPPIN & ATKINS, P.C.
P.O. Box 160
Humbolt, TN 38343--016

Bobby A. McGee
LAW OFFICE OF BOBBY A. MCGEE
P.O. Box 327
Linden, TN 37096

William S. Fleming
FLEMING FLYNN & MURPHY, PC
P.O. Box 90
Columbia, TN 38402--009

Daniel Mark Nolan
BATSON NOLAN BRICE & WILLIAMSON
121 S. Third St.
Clarksville, TN 37040

Maureen H. Dunn
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Thomas A. Robins
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable James Todd
US DISTRICT COURT